ROBISON BROWN, for appellant.

Opinion by McCLELLAN, C. J.

---

# Brown *v.* Coleman.

APPEAL from the Circuit Court of St. Clair.

Tried before the Hon. JOHN PELHAM.

JAMES A. EMBRY and M. M. SMITH, for appellant.

INZER & GREENE, for appellee.

This was an action brought by the appellee, J. R. Coleman, against the appellant, J. T. Brown; and counted upon several promissory notes.

From a judgment in favor of the plaintiff, the defendant appeals.

The judgment is reversed and the cause remanded.

Opinion by HARALSON, J.